# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **JOHNATHAN GIVENS AND** | \* | **NUMBER:** |
| **JOVAN LAMBEY** | \* | |
| **Plaintiffs** | \* | |
| | \* | |
| **VERSUS** | \* | **SECTION:** |
| | \* | |
| | \* | **JUDGE:** |
| **DILLARD UNIVERSITY** | \* | |
| | \* | **MAGISTRATE:** |
| **Defendant** | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT FOR DAMAGES
## REQUESTING PRELIMINARY INJUNCTION AND PERMANENT INJUCTION

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Johnathan Givens and Jovan Lambey, who file their Complaint against Defendant, Dillard University, seeking damages, including but not limited to a Preliminary Injunction and Permanent Injunction, as well as all relief available under law and equity.

### I. Parties

1. Plaintiff, Johnathan Givens, is an adult, native of Los Angeles, California, and resident of New Orleans, Louisiana, for the past three years as a student at Dillard University. He is a senior, computer science major attending school on a financial aid grant. Prior to banishment based on this allegation, he was Mr. Senior, director of Men of Dillard Program, Dillard Activity Board, National Society of Black Engineers, mentor to incoming freshman for two years, and a national fraternity.

2. Plaintiff, Jovan Lambey, is an adult, native of Los Angeles, California, and resident of New Orleans, Louisiana, for the past three years as a student at Dillard University as a physics major. He is a senior on a track scholarship. He is member of a national fraternity, Louisiana Grant Program for STEM majors, Sigma Pi Sigma, and physics honor society.

3. Defendant, Dillard University, is a private, non-profit educational institution operating in New Orleans since 1869.

## II. Jurisdiction

4. This court has subject matter jurisdiction over this matter pursuant to Title IX of the Education Amendments of 1972, 20 United States Code section 1681 et seq. (referenced herein as Title IX),

5. This court has supplemental jurisdiction of Louisiana state law claims pursuant to Louisiana Civil Code article 2315 and general contracts law.

6. This Court has personal jurisdiction over Defendant in this case because the Defendant is operating in Louisiana

## III. Venue

7. Venue is proper in this Court pursuant to 28 U.S.C. (S) 1332 because the acts complained of herein took place in New Orleans, Louisiana.

## IV. Facts

8. Under Title IX, an institution that receives federal funds must ensure that no student suffers a deprivation of his or her access to educational opportunities based on sex.

9. The Department of Education engages in rulemaking on the topic of schools' Title IX responsibilities concerning complaints of sexual misconduct, sexual harassment and sexual violence.

10. Title IX institutions must designate at least one employee as its Title IX Coordinator.

11. On April 20, 2019, Plaintiffs were involved in a consensual encounter with a female student who will be identified as the Accuser.

12. The Accuser subsequently made a rape charge against Plaintiffs.

13. Plaintiffs were subsequently arrested by the New Orleans Police Department on April 25, 2019. In the interview with the investigating detectives, Plaintiffs fully debriefed when giving their side of the incident.

14. Then on May 13, 2019, Plaintiffs sought a meeting with Dillard University officials after being told they were suspended from campus. (Exhibit 1).

15. To date, no Dillard official has granted their request for an appeal of the suspension.

16. Later on August 26, 2019, Plaintiffs provided Dillard with their written statements.

17. In the ongoing criminal matter, Plaintiffs met their bond requirements when attending multiple court appearances in Orleans Parish Magistrate Court. After the 120-day requirement and to date, the Orleans Parish District Attorney has not charged Plaintiffs with a crime. (Exhibit 2).

18. In the interim, Dillard has not conducted a Title IX investigation. Dillard was waiting until the criminal matter was resolved to start the process.

19. The Title IX statutory scheme gives universities wide latitude in investigating cases. Among remedies to universities, to assist both the accuser and accused, are interim

3

measures, i.e., modifications of class schedules, extensions of class schedules, stay-away orders, etc. See 2001 Guidance at (VII)(A).

20. The accuser has not enrolled at Dillard for fall 2019. She is pregnant and is close to delivery.

21. While Title IX does not set a timeframe for conducting prompt investigations, Dillard has failed to conduct a fair, impartial investigation in a timely manner to provide adequate resolution to Plaintiffs as described in 2001 Guidance at (IX); see also 34 C.F.R. sec. 668,46(k)(3)(i)(A).

22. Dillard tacitly made a decision regarding Plaintiff's status when allowing them admission for the fall 2019 semester.

23. On August 16, 2019, Dillard cleared Plaintiffs to return to classes on campus. (Exhibit 3).

24. In the clearance process, Dillard allowed Plaintiffs to choose a class schedule.

25. In the clearance process, Dillard allowed Plaintiffs to choose on-campus housing.

26. Dillard accepted Lambey's track scholarship and loan as payment for fall 2019 semester.

27. Dillard accepted Givins' grant and loan as payment for fall 2019 semester.

28. Plaintiffs have paid for classes and housing for the fall semester.

29. Dillard repudiated its previous decision when withdrawing both the housing and class schedules granted to Plaintiffs.

30. Dillard recently told Plaintiffs they cannot come on campus.

31. Plaintiffs are suffering from irreparable harm.

32. Lambey's track scholarship is now completed as his scholarship was applied to fall 2019 tuition. His four-year scholarship eligibility in over.

4

33. Givins' grant eligibility is now completed as he has used the funds for his fourth year of tuition.

34. Plaintiffs are now stuck in New Orleans without housing as both planned to live in the dormitory.

35. Neither has funds to provide adequate food because they planned to live in dormitory.

36. Plaintiffs have just received an email from Dillard advising them they will be dropped from classes for non-attendance and potentially lose tuition even though they are not allowed to come on campus. (Exhibit 4).

### V. Causes of Action- Theories of Recovery

### COUNT ONE-VIOLATION OF TITLE IX

37. Plaintiffs' rights to fair and timely review of the charges was violated by Dillard's inaction based on the conduct described above.

### COUNT TWO- NEGLIGENCE

38. Dillard's conduct was negligent when clearing Plaintiffs for return to campus, then turning around to reverse its decision.

### VI. DAMAGES

39. Plaintiff respectfully requests that this Honorable Court set a hearing on a Preliminary Injunction as soon as possible to address their Title IX rights because Plaintiffs are losing valuable time in the studies as seniors at Dillard University. They seek attorney's fees and all relief available under law and equity.

5

Respectfully Submitted,

/s/Marion D. Floyd
Marion D. Floyd (LSBA No. 22902)
1403 West Esplanade Ave., Suite A
Kenner, LA 70065
Phone: 504.467.3010
Fax: 888.651.8651
*Attorney for Plaintiffs*

## **VERIFICATION**

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

 **BEFORE ME,** the undersigned authority, personally came and appeared:

### **MARION D. FLOYD**

who after being duly sworn, did depose and say that all allegations of fact contained in the foregoing Complaint for Divorce are true and correct to the best of his information, knowledge and belief, Furthermore, Affiant advised counsel for Dillard, Brendan Greene, Esquire, that he was going to file the foregoing Complaint via email on Monday night and on the phone yesterday.

_____
     **MARION D. FLOYD**

**SWORN TO AND SUBSCRIBED BEFORE ME THIS**

___04___ **DAY OF** _September_, **2019.**

_____
     **NOTARY PUBLIC**



9

## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

      **BEFORE ME,** the undersigned authority, personally came and appeared:

**JOVAN LAMBEY**

who after being duly sworn, did depose and say that all allegations of fact contained in the foregoing Complaint are true and correct to the best of his information, knowledge and belief.

_____
                                 **JOVAN LAMBEY**

**SWORN TO AND SUBSCRIBED BEFORE ME THIS**

____4th____ **DAY OF** _September_, 2019.

_____
             **NOTARY PUBLIC**

LSB#

7

# VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

**JOHNATHAN GIVINS**

who after being duly sworn, did depose and say that all allegations of fact contained in the foregoing Complaint are true and correct to the best of his information, knowledge and belief.

_____
JOHNATHAN GIVINS

**SWORN TO AND SUBSCRIBED BEFORE ME THIS**

___4th___ DAY OF _September_, 2019.

_____
NOTARY PUBLIC
LSB#29402

8

# MARION D. FLOYD
## Attorney at Law

1403 West Esplanade Ave.  
Suite A  
Kenner, LA  70065

Phone: 504.467.3010  
Fax:  504.467.3020  
Email: floydmar@bellsouth.net

May 13, 2019

*Via email: dsaylor@dillard.edu & U.S. Mail*  
Dillard University  
ATTN: Dr. Danette Saylor  
2601 Gentilly Blvd.  
New Orleans, LA  70122

                Re:     Interim Suspension of Johnathan Given  
                          and Jovan Lambey

Dear Dr. Saylor:

Please be advised that I represent the referenced students in the matter of the interim suspension. My clients request a meeting with the Vice President for Student Success to appeal the suspension. Please contact me as soon as possible to discuss my clients' request.

                                            Sincerely yours,

                                            *Marion D. Floyd*

MDF/emc

cc: Johnathan Given and Jovan Lambey



# Docket Master

### Marlin N. Gusman
Providing Public Safety and Service to the Parish of Orleans

Home | About | Department | Visitation | Inmate Information | Docket Master | Civil Division | Community | Useful Links | Contact Us

**DOCKET MASTER**

```
MAG#: 579456            D O C K E T   M A S T E R        Date: 09/04/2019
                        ORLEANS PARISH MAGISTRATE COURT   Time: 15:08:55

    DEFENDANT(S):        CMIS CHARGE(S):

    LAMBEY, JOVAN M Sr.
                         1  RS 14  42.1                    BOND:   20,000.00
                            SECOND DEGREE RAPE

    DATE       PROCEEDINGS

    04/26/2019                                                 NELSONCA *
               FIRST APPEARANCE HEARING IN MAGISTRATE COURT SECTION M1
               BOND SET FOR $20,000.00
               RESULT-COURT FINDS PROBABLE CAUSE FOR 5/24/2019 AT  3:00 PM
               SCHEDULED -PROGRESS REPORT ON 5/24/2019 AT  3:00 PM, SECT M5
               SCHEDULED -RULE TO SHOW CAUSE ON 6/24/2019 AT  3:00 PM, SECT M3
               MARION FLOYD PVT. ATTY FOR THIS DEFNEDANT
               DEFENDANT SERVED FOR HEARING
               DEFENDANT ISSUED AND SIGNED A SAO (NON-DOMESTIC)
    05/24/2019                                                 SCHIAFFIN*
               PROGRESS REPORT IN MAGISTRATE COURT SECTION M5
               THIS WAS THE LAST PRE ACCEPTANCE APPEARANCE DATE
               FOR THE DEFENDANT IN MAGISTRATE COURT
               THE CHARGES HAVE NOT YET BEEN ACCEPTED OR REFUSED
               THE RULE DATE HAS BEEN PREVIOUSLY SET
               THE DEFENDANT DOES NOT NEED TO APPEAR IN THIS MAGISTRATE COURT
               AGAIN UNLESS SUBPOENAED BY THIS MAGISTRATE COURT
               THE D3EFENDNAT COMPLETED A CHANGE OF ADDRESS FORM
    06/24/2019                                                 ROBINSONE*
               RULE TO SHOW CAUSE IN MAGISTRATE COURT SECTION M2
               SCHEDULED -RULE TO SHOW CAUSE ON 8/23/2019 AT  3:00 PM, SECT M2
               STATE NOT PRESENT TO PROVIDE THE COURT WITH ANY DISPOSITION
               INFORMATION ON THIS MATTER.
    08/23/2019                                                 DESALVOE *
               RULE TO SHOW CAUSE IN MAGISTRATE COURT SECTION M2
               THERE IS NO DISPOSITION IN THIS MATTER.

                              END OF DOCKET MASTER
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's







# Orleans Parish Sheriff
# Marlin N. Gusm
Providing Public Safety and Service to the P

Home  About  Department  Visitation  Inmate Information  Docket Master  Civil Divi

**DOCKET MASTER**

```
MAG#: 579455              D O C K E T   M A S T E R           Date: 09/04/20
                                                                Time:  15:10:
                          ORLEANS PARISH MAGISTRATE COURT

===============================================================================
    DEFENDANT(S):       CNTS CHARGE(S):
===============================================================================

    GIVINS, JOHNATHAN T
                        1   RS 14  42.1                    BOND:    20,000.
                            SECOND DEGREE RAPE


===============================================================================
    DATE      PROCEEDINGS
===============================================================================

04/26/2019                                                           NELSONCA
          FIRST APPEARANCE HEARING IN MAGISTRATE COURT SECTION M1
          BOND SET FOR $20,000.00
          RESULT-COURT FINDS PROBABLE CAUSE FOR 5/24/2019 AT  3:00 PM
          SCHEDULED -PROGRESS REPORT ON 5/24/2019 AT  3:00 PM, SECT M5
          SCHEDULED -RULE TO SHOW CAUSE ON 6/24/2019 AT  3:00 PM, SECT M3
          MARION FLOYD PVT. ATTY FOR THIS DEFENDANT
          DEFENDANT SERVED FOR HEARING
          DEFENDANT WAS ISSUED AND SIGNED A SAO (NON-DOMESTIC)
05/24/2019                                                           SCHIAFFI
          PROGRESS REPORT IN MAGISTRATE COURT SECTION M5
          THIS WAS THE LAST PRE ACCEPTANCE APPEARANCE DATE
          FOR THE DEFENDANT IN MAGISTRATE COURT
          THE CHARGES HAVE NOT YET BEEN ACCEPTED OR REFUSED
          THE RULE DATE HAS BEEN PREVIOUSLY SET
          THE DEFENDANT DOES NOT NEED TO APPEAR IN THIS MAGISTRATE COURT
          AGAIN UNLESS SUBPOENAED BY THIS MAGISTRATE COURT
          THE DEFENDNAT COMPLETED A CHANGE OF ADDRESS FORM
06/24/2019                                                           ROBINSON
          RULE TO SHOW CAUSE IN MAGISTRATE COURT SECTION M2
          SCHEDULED -RULE TO SHOW CAUSE ON 8/23/2019 AT  3:00 PM, SECT M2
          STATE NOT PRESENT TO PROVIDE THE COURT WITH ANY DISPOSITION
          INFORMATION ON THIS MATTER.
08/23/2019                                                           DESALVOE
          RULE TO SHOW CAUSE IN MAGISTRATE COURT SECTION M2
          THERE IS NO DISPOSITION IN THIS CASE.
===============================================================================
                              END OF DOCKET MASTER
===============================================================================
```

Disclaimer:

The Orleans Parish Sheriff's Office provides computer services to b Criminal District Court and the Orleans Parish Criminal District Co Office DOES NOT maintain or ensure the information provided is c information can change quickly. Therefore, the information on this status, next court date, or other information regarding a case. The in

## Clearance Message

| Fall_dte | 2019-08-08 |
|---|---|
| Your Initials | AJ |
| Fall Flag | PAID |
| Fall_r_c | RESIDENT |
| ID Number | 347804 |
| Firstname | Johnathan |
| Middle Name | Tayshun |
| lastname | Givens |
| Job Time | 13:41:13 |
| Job Date | 2019-08-08 |

Dear Johnathan,

Congratulations, you have been awarded adequate financial aid, made a satisfactory payment arrangemer remaining balance of $500 or less to cover the cost of your attendance for the semester. Check myDU for to-date information on your student account. Have a great semester!

**Bursar Office Staff**
**Dillard University**

--

Johnathan T. Givens
Auxiliary Services AV Tech
2601 Gentilly Blvd
New Orleans, LA 70122

--

Johnathan T. Givens
Auxiliary Services AV Tech
2601 Gentilly Blvd
New Orleans, LA 70122

*3*





Ms. La' Toya Lewis
Area Coordinator for Residential Life & Judicial Programs
**Dillard University Office of Residential Life**
P: (504) 816-4019, (504) 816-4734 (ORL Main Office)
E: lrlewis@dillard.edu  W: www.dillard.edu



Clifton Strengths Individualization | Responsibility | Relator | Developer | Belief

--
Johnathan T. Givens
Auxiliary Services AV Tech
2601 Gentilly Blvd
New Orleans, LA 70122
--
Johnathan T. Givens
Auxiliary Services AV Tech
2601 Gentilly Blvd
New Orleans, LA 70122

# Clearance Message

| | |
|---|---|
| Fall_dte | 2019-07-31 |
| Your Initials | RC |
| Fall Flag | PAID |
| Fall_r_c | RESIDENT |
| ID Number | 348579 |
| Firstname | Jovan |
| Middle Name | M |
| lastname | Roaches-Lambey |
| Job Time | 14:31:23 |
| Job Date | 2019-07-31 |

Dear Jovan ,

Congratulations, you have been awarded adequate financial aid, made a satisfactory payment arrangement, or have a remaining balance of $500 or less to cover the cost of your attendance for the semester. Check myDU for the most up-to-date information on your student account. Have a great semester!

**Bursar Office Staff**
**Dillard University**

# Fwd: You've Been Assigned

Lambey, Jojo <jovan.lambey@dillard.edu>

Mon 9/2/2019 11:28 AM

To: Ods00461Cpc <Ods00461Cpc@OfficeDepot.com>;

---------- Forwarded message ---------
From: Lewis, La' Toya <lrlewis@dillard.edu>
Date: Fri, Aug 16, 2019 at 8:39 AM
Subject: You've Been Assigned
To:



--

Ms. La' Toya Lewis

Area Coordinator for Residential Life & Judicial Programs

**Dillard University Office of Residential Life**

P: (504) 816-4019, (504) 816-4734 (ORL Main Office)

E: lrlewis@dillard.edu   W: www.dillard.edu

**Clifton Strengths** Individualization | Responsibility | Relator | Developer | Belief

---------- Forwarded message ---------
From: **Robert Mitchell Jr.** <rvmitchell@dillard.edu>
Date: Wed, Sep 4, 2019 at 4:58 PM
Subject: Fall 2019 No Show (DROPPED)
To:
CC: Registrar <registrar@dillard.edu>


Good evening,


Please be advised that you have been reported as a "No Show" by your instructor in one or more of your Fall 2019 classes because you have not been attending class. **A student reported as a "No Show" course(s) has been removed from their schedules and their Financial Aid may be reduced or cancelled!!!**


Please login into myDU and check your class schedule. If you believe this was an error please report to the Office of Records and Registration located in Rosenwald 116 on or before **4:00 pm, Friday, September 6th**. I strongly recommend that you adhere to the aforementioned deadline. If you are unable to locate your instructor, I suggest that you contact the Chairperson or Dean of that course.


Thank you!

4

---------- Forwarded message ---------
From: **Robert Mitchell Jr.** <rvmitchell@dillard.edu>
Date: Wed, Sep 4, 2019 at 4:58 PM
Subject: Fall 2019 No Show (DROPPED)
To:
CC: Registrar <registrar@dillard.edu>


Good evening,


Please be advised that you have been reported as a "No Show" by your instructor in one or more of your Fall 2019 classes because you have not been attending class. **A student reported as a "No Show" course(s) has been removed from their schedules and their Financial Aid may be reduced or cancelled!!!**


Please login into myDU and check your class schedule. If you believe this was an error please report to the Office of Records and Registration located in Rosenwald 116 on or before **4:00 pm, Friday, September 6th**. I strongly recommend that you adhere to the aforementioned deadline. If you are unable to locate your instructor, I suggest that you contact the Chairperson or Dean of that course.


Thank you!