UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNATHAN GIVENS, ET AL.** | CIVIL ACTION |
| **VERSUS** | No. 19-12448 |
| **DILLARD UNIVERSITY** | SECTION I |

### ORDER

Considering the motion[1] to withdraw and substitute previously filed pleadings,

**IT IS ORDERED** that the motion is **GRANTED** and that the previously filed motion[2] to dismiss is **WITHDRAWN.**

**IT IS FURTHER ORDERED** that the clerk shall file into the record the proposed motion to dismiss and supporting documents attached to the motion. The motion to dismiss shall be set for submission on November 6, 2019.

New Orleans, Louisiana, October 8, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 33.
[2] R. Doc. No. 29.